DORIS LUBIN *v.* CONTINENTAL ASSURANCE COMPANY

KING, C. J., ALCORN, HOUSE, THIM and RYAN, Js.

Argued June 14—decided June 14, 1967

*Samuel M. Gruskin,* for the appellant (plaintiff).

*Francis J. Pavetti,* for the appellee (defendant).

PER CURIAM. There is no error.